■ PARLATO BROTHERS FUEL & OIL CO. INC., Appellant, v. MARIANO PARLATO et al., Respondents.— In an action to enjoin defendants from soliciting plaintiff's customers and for other relief, plaintiff appeals from an order of the Supreme Court, Westchester County, dated August 19, 1968, denying its motion for a preliminary injunction. Order affirmed, with separate bills of $20 costs and disbursements to respondents filing separate briefs. (*Ultra Fuel Corp.* v. *Johnston,* 30 A D 2d 801; *Hudson Val. Propane Corp.* v. *Byrne,* 24 A D 2d 908; *Madden* v. *Atkins,* 283 App. Div. 1066). Brennan, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED C. KING, Appellant.— Judgment of the County Court, Nassau County, rendered June 28, 1968, affirmed. No opinion. The appeal from the order of said court, dated January 7, 1969, denying the *coram nobis* application, was not properly before us for determination and the merits of that appeal were not considered. That appeal has been ordered on the calendar for the May Term. Christ, Acting P. J., Brennan, Hopkins, Munder and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHNNY BROWN, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Dutchess County, dated July 26, 1968, which dismissed the writ. Judgment affirmed, without costs, and with leave to appellant, if so advised, to perfect his pending appeal from the judgment of conviction (*People ex rel. Keitt* v. *McMann,* 18 N Y 2d 257, 262; *People ex rel. Garcia* v. *Warden,* 28 A D 2d 682, mot. for lv. to app. den. 20 N Y 2d 645). Christ, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEMON BRUTON, Appellant, v. JOHN T. DEEGAN, Warden of Sing Sing Prison, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Westchester County, dated May 13, 1968, which dismissed the writ. Judgment affirmed, without costs. We do not reach the question raised in appellant's brief of the constitutionality of section 218 of the Correction Law, for the reason that that question was not presented in relator's petition or considered on the hearing at Special Term. Christ, Acting P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.